NICHOLAS SESSLER, PETITIONER-RESPONDENT, v. WIL-LIAM PETER, TRADING AS LUCAS PETER & SON, DEFENDANT-APPELLANT.

Argued June 27, 1916—Decided October 3, 1916.

On appeal from the Supreme Court, in which the follow-ing *per curiam* was filed:

"This was a *certiorari* to test proceedings under the Work-men's Compensation act in the Essex County Common Pleas, in which judgment was entered for the petitioner. The facts are that Nicholas Sessler, on the 28th day of May, 1914, was in the regular employ of William Peter, a carpen-ter, doing the duties usually pertaining to that trade. He was struck on the forehead with a piece of timber and was thrown down and rendered unconscious. The court found that the injuries arose out of and in the course of the em-ployment; that the petitioner 'as a result of said accident is suffering from traumatic neurasthenia and possibly pachy-meningitis, and that there is total and temporary disability resulting therefrom.' The ground of attack is that the find-ing of facts and the determination of the trial court are not supported by and based upon legal evidence, but after reading the evidence in the case we are satisfied that it was permissible for the court to reach the conclusion stated, and under the case of *Bryant* v. *Fissell*, 84 *N. J. L.* 72, this court accepts the findings of the Common Pleas Court upon the

facts, if there be any legal evidence to warrant them, and in this case, there is such evidence. The judgment of the Common Pleas Court is therefore affirmed, with costs."

For the defendant-appellant, *William Pennington* and *Frederic C. Ritger.*

For the petitioner-respondent, *McDermott & Enright.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons set forth in the opinion of the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, PARKER, BERGEN, KALISCH, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, GARDNER, JJ. 11.

*For reversal*—None.